

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 27, 2023

**Via CM/ECF**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:   *Maria DiMeglio et al. vs. MFAC, LLC*; Civ. Action No. 1:23-cv-06211; NOTICE OF CONTINGENT SETTLEMENT

Dear Judge Stein:

I represent plaintiff Maria DiMeglio ("Plaintiff") in the above-mentioned matter. I write to inform the Court that the parties have reached a contingent settlement which will require the review and Court's approval of a Consent Decree. We request that Your Honor stay the action for sixty (60) days for the Parties to consummate the settlement agreement and to submit the Consent Decree for the Court's approval.

Counsel for the original defendant, M-F Athletic Company, Inc., who has been admitted Pro Hac Vice, is also representing the new Defendant, MFAC, LLC, and approves of the request set forth in this letter.

In light of the anticipated settlement and consent decree, the undersigned respectfully requests that all currently pending deadlines in this action, as well as the Pretrial Conference scheduled for November 29, 2023, be adjourned *sine die*. We thank the Court for its time and attention in this matter.

**The conference is adjourned until January 12, 2024, at 12:00 p.m. The response to the complaint is due by January 12, 2024.**

Respectfully Submitted,

Dated: New York, New York
November 28, 2023

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

**SO ORDERED:**

_____
Sidney H. Stein, U.S.D.J.